

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00232-CV

| | | |
|---|---|---|
| Elwalid Shetewy, Appellant | § | On Appeal from the 17th District Court |
| v. | § | of Tarrant County (017-314208-20) |
| Mediation Institute of North Texas, LLC (MINT), Islamic Tribunal (IT), Moujahed Bakhach, Ahmed Abouseif, Iman Bakhach, and Taher Elbadawi, Appellees | § | April 29, 2021 |
| | § | Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
    Justice Mike Wallach